**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:   ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice     _____

**New total payment:**   $ _____
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ❏ No
   ❏ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ❏ No
   ❏ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❏ No
   ❏ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Debtor 1  _____       Case number (*if known*) _____
          First Name     Middle Name     Last Name

### Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ _____       Date  _____
   Signature

Print:  _____       Title  _____
      First Name     Middle Name     Last Name

Company  _____

Address  _____
      Number     Street

_____
      City     State     ZIP Code

Contact phone  _____       Email  _____

# UNITED STATES BANKRUPTCY COURT
## FOR THE Southern DISTRICT OF Mississippi

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| **Virginia Campbell, Debtor.** | **Case No.  24-51032** |
| **_____, Co-Debtor** | |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 22, 2025, I electronically filed the Notice of Mortgage Payment Change and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Thomas Rollins Jr, debtor's attorney
    David Rawlings, bankruptcy trustee

and I hereby certify that I have mailed by United States Postal Service a notice to the following non-ECF participants:

    Virginia Campbell, Debtor
    _____, Co-Debtor

    /s/ Ben Brubaker

Ben Brubaker
SLG Bankruptcy Department
FirstBank
520 W. Summit Hill Dr., Ste-801
Knoxville, TN  37902
(865) 515-2053
dl-mhbankruptcydept@firstbankonline.com

Dated: August 22, 2025

**FirstBank**
Specialty Lending

520 West Summit Hill Dr.
Ste. 801
Knoxville, TN 37902

**Return Service Requested**

132912466
VIRGINIA CAMPBELL
228 CR 5286
BAY SPRINGS MS 39422

**ANNUAL ESCROW ACCOUNT**
**DISCLOSURE STATEMENT**


Online Information:
https://www.firstbankonline.com/payments


Hours of Operation: 8:30 - 5:30 EST M-F
Telephone: 866-515-2053
Fax: 865-544-1105


Correspondence:
520 West Summit Hill Dr.
Ste. 801
Knoxville, TN 37902

Analysis Date: 08/18/25
Loan Number:
Borrower Name: VIRGINIA CAMPBELL

Each year FirstBank reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay your property taxes and insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

### 1. What is the amount of my new monthly payment starting October 02, 2025 ?

| Payment Items | Previous Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $455.65 | $455.65 | $0.00 |
| Escrow | $104.60 | $192.86 | $88.26 |
| Shortage/Surplus | $0.00 | $236.74 | $236.74 |
| **Total Payment:** | **$560.25** | **$885.25** | **$325.00** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled to reflect the new payment amount listed above. If you are currently set up on automatic payments with FirstBank, this new amount will automatically take effect with your October payment.

### 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed** – The amounts we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance premiums, or homeowner's insurance premiums. The information below compares the amounts FirstBank expected to pay for each item this past year from your escrow account to the actual amounts that were paid or will be due. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
|---|---|---|---|
| COUNTY TAX | $623.12 | $638.29 | $15.17 |
| HOMEOWNERS I | $632.00 | $1,676.00 | $1,044.00 |
| **Total Annual Escrow Payments** | **$1,255.12** | **$2,314.29** | **$1,059.17** |
| **Monthly Escrow Payments** | **$104.60** | **$192.86** | **$88.26** |

**B. Repayment of Escrow Shortage** – According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $385.72 in June. This means you have a *shortage* of $2,840.85 in your escrow account.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Shortage |
|---|---|---|---|---|
| ($2,429.67) | minus | $385.72 | equals | ($2,840.85) |

---

## ESCROW SHORTAGE SUMMARY

Loan Number:
Name: VIRGINIA CAMPBELL

Shortage Amount: $2,840.85

The total shortage has been spread over 12 month(s) and $236.74 will automatically be added to your monthly payment effective October 02, 2025.

If you have questions about this shortage amount, please contact Customer Service at 866-515-2053.



VIRGINIA CAMPBELL

Loan Number:

**NEW PAYMENT EFFECTIVE DATE: October 02, 2025**

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Total Balance | Required Projected Balance |
|---|---|---|---|---|---|
| | Beginning Balance | | | -$1,851.12 | |
| October 25 | | $192.86 | $0.00 | -$1,658.26 | $1,157.13 |
| November 25 | COUNTY TAX | $192.86 | $638.29 | -$2,103.69 | $711.70 |
| December 25 | | $192.86 | $0.00 | -$1,910.83 | $904.56 |
| January 26 | | $192.86 | $0.00 | -$1,717.97 | $1,097.42 |
| February 26 | | $192.86 | $0.00 | -$1,525.11 | $1,290.28 |
| March 26 | | $192.86 | $0.00 | -$1,332.25 | $1,483.14 |
| April 26 | | $192.86 | $0.00 | -$1,139.39 | $1,676.00 |
| May 26 | | $192.86 | $0.00 | -$946.53 | $1,868.86 |
| June 26 | HOMEOWNERS I | $192.86 | $1,676.00 | -$2,429.67 | $385.72 ** |
| July 26 | | $192.86 | $0.00 | -$2,236.81 | $578.58 |
| August 26 | | $192.86 | $0.00 | -$2,043.95 | $771.44 |
| September 26 | | $192.86 | $0.00 | -$1,851.09 | $964.30 |
| **Totals** | | **$2,314.32** | **$2,314.29** | | |

** Low Balance used to determine escrow surplus or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account; however, your mortgage contract or state law may specify a lower amount. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | $112.87 |
| August 24 | | $104.60 | $0.00 * | $0.00 | $0.00 | $112.87 |
| September 24 | | $104.60 | $0.00 * | $0.00 | $0.00 | $112.87 |
| October 24 | | $104.60 | $0.00 * | $0.00 | $0.00 | $112.87 |
| November 24 | COUNTY TAX | $104.60 | $210.46 * | $623.12 | $0.00 * | $323.33 |
| December 24 | | $104.60 | $225.04 * | $0.00 | $0.00 | $548.37 |
| January 25 | COUNTY TAX | $104.60 | $104.60 | $0.00 | $638.29 * | $14.68 |
| February 25 | | $104.60 | $209.20 * | $0.00 | $0.00 | $223.88 |
| March 25 | | $104.60 | $104.60 | $0.00 | $0.00 | $328.48 |
| April 25 | HOMEOWNERS I | $104.60 | $104.60 | $632.00 | $0.00 * | $433.08 |
| May 25 | | $104.60 | $104.60 | $0.00 | $0.00 | $537.68 |
| June 25 | HOMEOWNERS I | $104.60 | $0.00 * | $0.00 | $1,445.00 * | -$907.32 |
| July 25 | HOMEOWNERS I | $104.60 | $104.60 | $0.00 | $1,676.00 * | -$2,478.72 |
| August 25 | | $0.00 | $523.00 E | $0.00 | $0.00 | -$1,955.72 |
| September 25 | | $0.00 | $104.60 E | $0.00 | $0.00 | -$1,851.12 |
| **Totals** | | **$1,255.20** | **$1,795.30** | **$1,255.12** | **$3,759.29** | |

If you have questions about your escrow analysis statement please contact our Customer Service Department at 866-515-2053.

If you have an active bankruptcy or have received a bankruptcy discharge, we are sending this for informational, legal, or compliance purposes only. We are not trying to collect against you personally. If you have questions about this communication or your obligation to pay, please contact your attorney.



FirstBank
Specialty Lending
520 West Summit Hill Dr.
Ste. 801
Knoxville, TN 37902

132912466
VIRGINIA CAMPBELL
228 CR 5286
BAY SPRINGS MS 39422

Date: 08/18/2025

Property Address:   228 CR 5286
                    BAY SPRINGS MS 39422

Loan Number:

Dear VIRGINIA CAMPBELL,

Your escrow account has been analyzed and you have a shortage in your account of $2,840.85. If you prefer to pay the shortage in full, we can accommodate your request. Simply complete the Shortage Repayment Election Form at the bottom of this page, and return it along with your check to the address shown.

If you have any questions, please feel free to contact Customer Service at 866-515-2053. Our business hours are 8:30 - 5:30 EST M-F.

Thank you,

Escrow Department

## SHORTAGE REPAYMENT ELECTION FORM

Loan Number:                                              **THIS IS NOT A BILL**
Name:     VIRGINIA CAMPBELL

Shortage Amount:    $2,840.85

If you prefer to pay the entire shortage amount, please make your request by completing this Shortage Repayment Election Form and mailing it, along with your check, to the address below. Your new monthly payment will thereafter be $648.51, based on the Anticipated Annual Disbursements shown on your Annual Escrow Analysis.

FirstBank
Specialty Lending
520 West Summit Hill Dr.
Ste. 801
Knoxville, TN 37902

Attention: *Escrow shortages should not be paid via bill pay services or at the branch.*

Escrow Shortage
Amount Enclosed   $_____

Signature: _____